**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ryan James Quinn            CHAPTER 13
        Tina Marie Colletta-Quinn aka
Tina Colletta            BKY. NO. 16-17159 MDC
         Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                         Respectfully submitted,



                                         Rebecca Solarz
                                         04 Nov 2020, 16:51:44, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322