**Fill in this information to identify the case:**

Debtor 1    RYAN JAMES QUINN

Debtor 2    TINA MARIE COLLETTA-QUINN AKA TINA COLLETTA
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN    District of    PA
(State)

Case Number    16-17159-mdc

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    FREEDOM MORTGAGE CORPORATION

**Court claim no. (**if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:    7696

**Date of payment change:** 12/01/2019
Must be at least 21 days after date
of this notice

**New total payment:**
Principal, interest, and escrow, if any    $1,138.13

## Part 1:    Escrow Account Payment Adjustment

1.    **Will there be a change in the debtor's escrow account payment?**

☐   No
☒   Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
    the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment:**   $438.37                    **New escrow payment:** $410.54

## Part 2:    Mortgage Payment Adjustment

2.    **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒   No
☐   Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
    Attached, explain why:

    **Current interest rate:** _____ %          **New interest rate:** _____ %

    **Current principal and interest payment:** _____    **New principal and interest payment:** _____

## Part 3:    Other Payment Change

3.    **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒   No
☐   Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

    **Current mortgage payment:** _____          **New mortgage payment:** _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/ Thomas Song, Esquire

Signature

Date   November 4, 2019

Print:    Thomas Song, Esq., Id. No.89834

     First Name      Middle Name      Last Name

Title   Attorney

Company    Phelan Hallinan Diamond & Jones, LLP

Address    1617 JFK Boulevard, Suite 1400

     Philadelphia, PA 19103

Contact Phone   215-563-7000

Email   Thomas.Song@phelanhallinan.com